**Remedios Almodovar De AGUILAR, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 00–70947.

United States Court of Appeals, Ninth Circuit.

Argued Dec. 7, 2001.

Submitted June 4, 2004.

Decided June 15, 2004.

* Honorable Ann L. Aiken, United States District Court Judge for the District of Oregon.
** This disposition is not appropriate for publication and may not be cited to or by the

Judith L. Wood, Esq., Judith L. Wood, Esq., Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, CAC–District Counsel, Esq., Office of the District Counsel, Ashley Tabaddor, Esq., Office of the U.S. Attorney, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, John M. McAdams, Jr., Terri Jane Scadron, U.S. Department of Justice, Washington, DC, for Respondent.

Before T.G. NELSON, and W. FLETCHER, Circuit Judges, and AIKEN,* District Judge.

ORDER AND MEMORANDUM **

This case is resubmitted effective June 4, 2004.

The Immigration and Naturalization Service has approved, on March 25, 2004, Petitioner's status as a lawful permanent resident of the United States. Therefore, this petition is DISMISSED as moot.

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.